UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST MURRAY and BRITTNEY MURRAY,<br><br>         Plaintiffs,<br><br>v.<br><br>SYSTEMATIC NATIONAL COLLECTIONS, INC.,<br><br>         Defendant. | Case No.:  18CV2696 GPC (BGS)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

  This case was settled at the Early Neutral Evaluation Conference on May 6, 2019. Accordingly, **IT IS HEREBY ORDERED**:

  1. A Joint Motion for Dismissal must be electronically filed on or before **August 19, 2019**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Gonzalo P. Curiel, must be emailed to Judge Curiel's chambers.[2]

///

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

1

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **August 19, 2019**, then a Settlement Disposition Conference will be held on **August 29, 2019**, at **10:00 AM** before Judge Skomal. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **August 19, 2019**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated: May 7, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge