NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

NATHAN C. VOLHEIM (admitted *pro hac vice*)
Attorney Email Address: nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

THOMAS M. BUCHENAU
Attorney Email Address: tom@elcajonlaw.com
LAW OFFICES OF THOMAS M. BUCHENAU
275 East Douglas Avenue, Suite 110
El Cajon, CA 92020
Telephone: (619) 579-5761

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOREST MURRAY and BRITTNEY MURRAY,<br><br>            Plaintiffs,<br><br>     v.<br><br>SYSTEMATIC NATIONAL COLLECTIONS, INC.,<br><br>            Defendant. | Case No.  3:18-cv-02696-GPC-BGS |

**JOINT MOTION FOR DISMISSAL**

NOW COMES,  Forest Murray and Brittney Murray ("Plaintiffs") and Systematic National

1

Collections, Inc.("Defendant"), by and through their respective counsel, Sulaiman Law Group, Ltd. and Law Offices of Thomas M. Buchenau, respectively, moving this Honorable Court to enter a dismissal order in this case, and in support thereof, stating as follows:

1. On November 29, 2018, Plaintiff filed a Complaint for Relief Pursuant to the Fair Debt Collection Practices Act, Telephone Consumer Protection Act, Rosenthal Fair Debt Collection Practices Act and Intentional Infliction of Emotional Distress. [Dkt. #1].

2. On January 25, 2019, Defendant filed its Answer to Plaintiff's Complaint. [Dkt # 6].

3. On May 6, 2019, the parties were able to reach a settlement at the Early Neutral Conference [Dkt # 10].

4. Both parties have satisfied the terms and conditions of their settlement agreement and request that this Honorable Court enter a dismissal order with prejudice in this matter.

5. Both parties would also request that the order of dismissal shall allow both parties to bear their own costs and attorney fees for this matter.

WHEREFORE, Plaintiff and Defendant respectfully requests this Honorable Court grant Joint Motion to Dismiss as to Defendant, Systematic National Collections, Inc., and any further relief this Court deems just.

Dated: August 12, 2019   Respectfully submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
(admitted *pro hac vice*)
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630) 575-8188

/s/ Thomas M. Buchenau
Thomas M. Buchenau
Counsel for Defendant
Law Offices of Thomas M. Buchenau
275 East Douglas Avenue, Suite 110

El Cajon, CA 92020
Phone: (619) 441-1100

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim