1  NICHOLAS M. WAJDA (State Bar #259178)
   nick@wajdalawgroup.com
2  WAJDA LAW GROUP, APC
3  11400 West Olympic Boulevard, Suite 200M
   Los Angeles, California 90064
4  Telephone: (310) 997-0471
   Facsimile: (866) 286-8433
5  *Attorney for Plaintiff*

6
   NATHAN C. VOLHEIM (admitted *pro hac vice*)
7  Attorney Email Address: nvolheim@sulaimanlaw.com
   SULAIMAN LAW GROUP, LTD.
8  2500 S. Highland Avenue, Suite 200
   Lombard, IL 60148
9  Telephone: (630) 575-8181
   Facsimile: (630) 575-8188
10 *Attorney for Plaintiff*

11
   THOMAS M. BUCHENAU
12 Attorney Email Address: tom@elcajonlaw.com
   LAW OFFICES OF THOMAS M. BUCHENAU
13 275 East Douglas Avenue, Suite 110
   El Cajon, CA 92020
14 Telephone: (619) 579-5761

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOREST MURRAY and BRITTNEY MURRAY, <br><br> Plaintiffs, <br><br> v. <br><br> SYSTEMATIC NATIONAL COLLECTIONS, INC., <br><br> Defendant. | Case No. .  3:18-cv-02696-GPC-BGS <br><br> **ORDER** |

**ORDER ON JOINT MOTION FOR DISMISSAL**

Forest Murray and Brittney Murray ("Plaintiffs") and Systematic National Collection, Inc. ("Defendant") by and through their respective attorneys, Sulaiman Law Group, Ltd. and Law

1

Offices of Thomas M. Buchenau, having filed with this Court their Joint Motion for Dismissal and the Court having reviewed same, now finds:

1. The above cause of action is dismissed with prejudice with each party to bear its own costs and attorney fees.

Dated: August 13, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge